NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1195

MAXINE HART PREWITT, INTERDICT
VERSUS
MALCOLM RODRIGUES D/B/A RODRIGUES & SON LOGGING, ET AL.

************

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT,
PARISH OF SABINE, NO. 48,976,
HONORABLE CHARLES BLAYLOCK ADAMS, DISTRICT JUDGE

************

BILLIE C. WOODARD
JUDGE

************

Court composed of Sylvia R. Cooks, Billie C. Woodard, and Elizabeth A. Pickett, Judges.

MOTION TO DISMISS SUSPENSIVE APPEAL DENIED.

William Daniel Dyess
Attorney at Law
Post Office Drawer 420
Many, LA 71449
(318) 256-5667
COUNSEL FOR DEFENDANT/APPELLANT:
Max W. "Sonny" Hart, Jr.

Otis Edwin Dunahoe  Jr.
DUNAHOE LAW FIRM
Post Office Box 607
Natchitoches, LA 71458-0607
(318) 352-1999
COUNSEL FOR PLAINTIFF/APPELLEE:
Debra Ireland

**Anna Louise Garcie**
**Soileau & Garcie**
**730 San Antonio Avenue**
**Many, LA 71449**
**(318) 256-0076**
**COUNSEL FOR DEFENDANT/APPELLEE:**
**Malcolm Rodrigues**
**Rodrigues & Son Logging**
**Malcolm Rodrigues**